Silas Hammitt, Appellee, v. Emil Sandel, Appellant.

Gen. No. 9,490.

opinion filed February 28, 1946; released for publication March 26, 1946. Edwin C. Mills, for appellant; Woods & Woods, for appellee. Opinion by PRESIDING JUSTICE HAYES. Not to be published in full.